NAPOLI SHKOLNIK
ATTORNEYS AT LAW

August 17, 2026

VIA CM/ECF
United States District Court
District of New Jersey
Hon. Michael E. Farbiarz
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom No. 4
Newark, N.J. 07102

Re: *Spadafino v. Amazon.com, Inc. et al.*
Case No. 2:26-cv-10023-MEF-MAH

Dear Judge Farbiarz,

Our firm represents Plaintiff Luisa Spadafino and the proposed class ("Plaintiff") in the above-referenced case filed against Amazon.com, Inc. ("Inc.") and its subsidiary, Amazon.com Services LLC ("LLC"). Plaintiff submits this letter in compliance with the Court's August 12, 2026 Text Order [ECF No. 3] directing Plaintiff to address the citizenship of each member of LLC pursuant to *GBForefront, L.P. v. Forefront Mgmt. Grp., LLC*, 888 F.3d 29, 34 (3d Cir. 2018).

Plaintiff respectfully submits to the Court that LLC has publicly disclosed that its sole member is *Amazon.com Sales, Inc*. and it is a citizen of *Delaware* and *Washington*. Accordingly, Amazon.com Services LLC is a citizen of Delaware and Washington for purposes of 28 U.S.C. § 1332. The following corporate disclosure statements were filed by LLC in separate civil actions:

1) In *Rodriguez v. Amazon.com Services LLC,* 25-cv-02863 (C.D. Cal. 2025), LLC disclosed the following relevant information on December 30, 2025:

> Amazon.com Services LLC is a citizen of Delaware and Washington. It's [sic] sole member, Amazon.com Sales, Inc., is a citizen of Delaware, its place of incorporation, and Washington, its principal place of business. Amazon.com Sales, Inc. is a wholly owned subsidiary of Amazon.com, Inc., which is a citizen of Delaware, its place of incorporation, and Washington, its principal place of business.

*See* **Exhibit 1** (LLC's Corporate Disclosure Statement).

2) In *Lincoln-Freed v. Amazon.com, Inc. et al,* 26-cv-02329 (E.D. Cali. 2026), LLC disclosed the following relevant information on July 1, 2026:

> 1. Pursuant to Fed. R. Civ. P. 7.1, Defendant Amazon.com Services LLC certifies that it is a limited liability company organized under the laws of Delaware and has its principal place of business in Seattle, Washington.

NAPOLI SHKOLNIK
ATTORNEYS AT LAW

2. Pursuant to Fed. R. Civ. P. 7.1, Amazon.com Sales, Inc. is the sole member of Amazon.com Services LLC, and is a citizen of the States of Delaware and Washington.

*See* **Exhibit 2** (LLC's Corporate Disclosure Statement).

3) In *Deshazo v. Amazon.com, Inc., et al,* 26-cv-04229 (S.D. Cal. 2026), LLC disclosed the following relevant information on July 23, 2026:

> Amazon.com Services LLC is a citizen of Delaware and Washington. Amazon.com Services LLC's sole member, Amazon.com Sales, Inc., is a citizen of Delaware, its place of incorporation, and Washington, its principal place of business. Amazon.com Sales, Inc. is a wholly owned subsidiary of Amazon.com, Inc., which is a citizen of Delaware, its place of incorporation, and Washington, its principal place of business.

*See* **Exhibit 3** (LLC's Corporate Disclosure Statement).

Based on these public filings, Amazon.com Sales, Inc. is the sole member of Amazon.com Services LLC. Because LLC's sole member, Amazon.com Sales, Inc., is a citizen of Delaware and Washington, LLC is therefore a citizen of Delaware and Washington. *See GBForefront, L.P.*, 888 F.3d at 34 ("a limited liability company is a citizen of all the states of its members").

* * * * * * * *

Plaintiff respectfully submits this information in response to the Court's August 12, 2026 Text Order and stands ready to provide any additional information the Court may require.

Respectfully Submitted,

*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
NAPOLI SHKOLNIK
NS PR LAW SERVICES LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
Tel: (787) 493-5088
Email: Hunter@NSPRLaw.com

Shayna E. Sacks
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Tel: (212) 397-1000
SSacks@napolilaw.com
*Attorneys for Plaintiff*